UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20900-Cr-Gold/McAliley

UNITED STATES OF AMERICA,
   Plaintiff,

v.

TARA E. CRESPO,
   Defendant.
_____/

### ORDER DIRECTING DISBURSEMENT OF BOND

THIS CAUSE came before the Court on the Motion for Disbursement of Bond. After review of the motion, it is hereby

ORDERED that the motion is **GRANTED** without Government objection. The Clerk of Court is directed forthwith to disburse the defendant's cash bail in the amount of $2,000.00, plus any accrued interest to: **Mark Villafane, whose address is contained in the W-9 form provided to the Financial Deputy Clerk.**

DONE AND ORDERED at Miami, Florida, this 3rd day of March, 2009.

_____
**ALAN S. GOLD**
**UNITED STATES DISTRICT JUDGE**

cc: Paul M. Korchin AFPD
   Kelly Karase, AUSA
   Financial Deputy Clerk